UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD M. ZELMA,<br><br>               Plaintiff,<br><br>NORTH STAR INSURANCE ADVISORS, and AARON B. EIDSON, individually, and Does' (1-10 and ABC Corporations' (1-10); each acting individually, in concert or as a group,<br><br>               Defendants. | Civil Action No. 2:22-cv-1299-KM-ESK<br><br>*Document Filed Electronically* |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Richard M. Zelma ("Plaintiff"), *pro se;* Defendant North Star Insurance Advisors, LLC ("North Star"); and Defendant Aaron B. Eidson ("Eidson"), the parties in the above-captioned action, hereby stipulate and agree as follows:

1. All claims asserted in the above-captioned action are hereby dismissed with prejudice.

2. Plaintiff, North Star, and Eidson shall each bear their own fees and costs.

| SO STIPULATED: | Dated: March 31, 2022 | **SO ORDERED.** |
|---|---|---|
| */s/ Richard M. Zelma*<br>Richard M. Zelma, **Pro se**<br>940 Blanch Avenue<br>Norwood, New Jersey 07648<br>TCPALAW@optonline.net<br>Tel: 201 767 8153 | By:   */s/ Jeffrey Soos*<br>       Jeffrey Soos<br>       Katherine A. Escanlar<br>       **SAIBER LLC**<br>       18 Columbia Turnpike, 2nd Floor<br>       Florham Park, New Jersey 07932<br>       (973) 622-3333 (Telephone)<br>       jsoos@saiber.com<br>       kescanlar@saiber.com | **s/ Kevin McNulty**<br>**Hon. Kevin McNulty**<br>**U.S. District Judge**<br>**Date: 4/1/2022** |